UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PARFITT,<br><br>               Plaintiff,<br><br>   v.<br><br>VALLEY RECOVERY SERVICES,<br><br>               Defendant. | 1:05-CV-1362 OWW DLB<br><br>**ORDER DISMISSING ACTION** |

      The parties having previously advised the court that this matter had been settled, and having failed to file the requested stipulated dismissal or a status report;

      IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   March 28, 2007**                          /s/ Oliver W. Wanger
emm0d6                                            UNITED STATES DISTRICT JUDGE